UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:22-cr-18-TJC-PDB
18 U.S.C. § 39A

JUSTIN MARLAND FISHER

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 1, 2021, in the Middle District of Florida, the defendant,

JUSTIN MARLAND FISHER,

did knowingly aim the beam of a laser pointer at a helicopter belonging to the United States Coast Guard, an aircraft in the special aircraft jurisdiction of the United States.

In violation of 18 U.S.C. § 39A.

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/18/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JUSTIN MARLAND FISHER

INDICTMENT

Violations: 18 U.S.C. § 39A

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of February, 2022.

_____*Angela Lancher*_____
Clerk

Bail   $_____

GPO 863 525